UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

COURTNEY MOTLEY,

        Petitioner,

v.

STATE OF NEVADA, *et al.*,

        Respondents.

Case No. 3:20-cv-00053-MMD-WGC

ORDER

    This closed action is a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 by *pro se* Petitioner Courtney Motley. On March 4, 2020, the Court referred the action to the United States Court of Appeals for the Ninth Circuit for a determination under 28 U.S.C. § 2244(b)(3) whether Petitioner is authorized to proceed with a second or successive petition. (ECF No. 7.) On March 5, 2020, the Court received and filed a notice of appeal from Petitioner. (ECF No. 8.) The court of appeals has issued a notice that a briefing schedule will not be set "until the district court and, if necessary, this court determine whether a certificate of appealability should issue." (ECF No. 11.)

    This Court did not dismiss the action and enter final judgment. Instead, as noted above, the Court referred the action to the court of appeals for a determination whether to authorize the filing of a second or successive petition. Reasonable jurists would not find the referral to be debatable or wrong. To the extent that Petitioner is trying to appeal the Court's initial finding that this is a second or successive petition, reasonable jurists also would not find that decision to be debatable or wrong. Consequently, the Court will not issue a certificate of appealability.

///

///

It therefore is ordered that this Court will not issue a certificate of appealability.

DATED THIS 11th day of March 2020.

                              _____
                              MIRANDA M. DU
                              CHIEF UNITED STATES DISTRICT JUDGE